UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DWAYNE EDMUND WILSON #258602,

    Plaintiff,

v.

                                  Case No. 2:23-cv-13

UNKNOWN WOLLAN, et al.,            HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADPOTING REPORT AND RECOMMENDATION

    This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed a motion for an injunction.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 20, 2023, recommending that this Court deny the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 29) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the motion for an injunction (ECF No. 27) is DENIED.

Dated:  August 17, 2023                            /s/  Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge